## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BOUSTEAD SECURITIES, LLC,          )
SUTTER SECURITIES, INC., and       )
KEITH C. MOORE,                    )
                                   )
       Plaintiffs,                 )
                                   )    C.A. No.
    v.                             )
                                   )
FINANCIAL INDUSTRY                 )
REGULATORY AUTHORITY, INC.,        )
                                   )
       Defendant.                  )

### PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Plaintiffs seek injunctive relief to protect their constitutional, business, and property rights. Specifically, Plaintiffs request a preliminary injunction enjoining Defendant Financial Industry Regulatory Authority, Inc. ("**FINRA**") from continuing its unlawful action against Plaintiffs in the Enforcement Proceeding.[1] Injunctive relief is needed because Plaintiffs are subject to ongoing violations of their constitutional rights, and are suffering severe collateral damage associated therewith, as a result of the Enforcement Proceeding.

Plaintiffs' Complaint and the accompanying Opening Brief demonstrate Plaintiffs' substantial likelihood of success on their constitutional claims that: (i) FINRA's broad enforcement and adjudicative powers violate the private nondelegation doctrine and, therefore, the Constitution; (ii) the appointment of FINRA hearing officers and the removal protections

---

[1] *See Dep't of Enforcement v. Boustead Securities, LLC, Sutter Securities, Inc., and Keith Charles Moore,* FINRA Proceeding No. 2022075185901, hereinafter "the Enforcement Proceeding." The Enforcement Proceeding Complaint is attached as Exhibit A to the accompanying opening brief.

provided to FINRA hearing officers violate the Constitution;  (iii) proceeding before a FINRA hearing officer violates Plaintiffs' Seventh Amendment right to a jury; and (iv) the Enforcement Proceeding violates the Due Process Clause.  Accordingly, Plaintiffs are subject to an "illegitimate proceeding, led by an illegitimate decision maker" in violation of the Constitution and are suffering irreparable harm and "here-and-now injury" that "is impossible to remedy once the proceeding is over." *Axon Enter. Inc. v. FTC*, 598 U.S. 175, 191-192 (2023).

The remaining two injunctive relief requirements are likewise satisfied. Public interest favors preventing the deprivation of liberty and property rights as well as curtailing abuses of unconstitutional government power, and the harm imposed upon Plaintiffs by the unlawful enforcement proceedings greatly outweighs any harm to FINRA.

For these reasons, as further described in the accompanying Opening Brief, Plaintiffs respectfully request the Court grant this motion and enter the accompanying proposed form of order submitted herewith.

<table>
<tr><td>

*Of Counsel:*

**MICHAEL BEST & FREDRICH LLP**

Richard F. Ensor*
650 S. Main St., Suite 500
Salt Lake City, UT 84101
(385) 695-6450
rfensor@michaelbest.com

Daniel Jozwiak*
675 15th St., Suite 2000
Denver, CO 80202
(720) 398-0052
daniel.jozwiak@michaelbest.com

*\*Pro hac vice application forthcoming*

</td><td>

**ASHBY & GEDDES**

*/s/ Randall J. Teti*
Randall J. Teti (#6334)
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
rteti@ashbygeddes.com

*Counsel for Plaintiffs*

Dated: April 1, 2026

</td></tr>
</table>