**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BOUSTEAD SECURITIES, LLC, SUTTER SECURITIES, INC., and KEITH C. MOORE, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

The Court, having considered Plaintiff's Motion for Preliminary Injunction, and having found sufficient grounds favoring issuance of a preliminary injunction, **IT IS HEREBY ORDERED**, this _________day of ____________ 2026, that:

1. Plaintiff's Motion for Preliminary Injunction is hereby **GRANTED**;

2. Defendant Financial Industry Regulatory Authority, Inc. is enjoined from continuing its Enforcement Proceeding against Plaintiffs.

3. This Order shall remain in full force and effect until such time as this Court specifically orders otherwise.

___________________________
Judge, United States District Court