## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BOUSTEAD SECURITIES, LLC,    )
SUTTER SECURITIES, INC., and )
KEITH C. MOORE,              )
                             )
            Plaintiffs,      )
                             )
     v.                      )    C.A. No. 26-360-CFC
                             )
FINANCIAL INDUSTRY           )
REGULATORY AUTHORITY,        )
INC.                         )
                             )
            Defendant.       )

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND ESTABLISH SCHEDULE GOVERNING BRIEFING ON FINRA'S FORTHCOMING MOTIONS

WHEREAS, on April 1, 2026, Plaintiffs Boustead Securities, LLC, Sutter Securities, Inc., and Keith C. Moore (collectively, "Plaintiffs") initiated this action (the "Action") by filing a Complaint (D.I. 1) against Defendant Financial Industry Regulatory Authority, Inc. ("FINRA") with a Motion for Preliminary Injunction (D.I. 5) (the "PI Motion") and supporting Opening Brief (D.I. 6);

WHEREAS, on April 14, 2026, the Court entered a Stipulation and Order Regarding Schedule Governing Briefing on the pending PI Motion. D.I. 17;

WHEREAS, pursuant to the Court's April 14 Order, FINRA's answering brief in opposition to the PI Motion is due on April 30, 2026, and Plaintiffs' reply in further support of the PI Motion is due on May 14, 2026. *Id.* ¶¶ 1-2.

WHEREAS, FINRA has communicated to Plaintiffs that it intends to file (i) a motion to dismiss the Complaint (the "Motion to Dismiss"), and (ii) a motion to transfer the Action to the United States District Court for the Northern District of Illinois (the "Motion to Transfer");

WHEREAS, the parties have conferred and agreed, subject to the Court's approval, to extend the deadline for FINRA to respond to the Complaint to May 14, 2026, and to set a schedule governing briefing on FINRA's forthcoming Motion to Dismiss and Motion to Transfer, as set forth herein.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, as follows:

1.    FINRA's deadline to respond to the Complaint is extended to May 14, 2026;

2.    FINRA shall file its Motion to Transfer and any opening brief in support thereof on or before April 30, 2026;

3.    FINRA shall file its Motion to Dismiss and any opening brief in support thereof on or before May 14, 2026;

4.    Plaintiffs shall file their answering brief in opposition to the Motion to Transfer on or before May 21, 2026;

5.    FINRA shall file its reply in further support of its Motion to Transfer on or before June 2, 2026;

2

6.      Plaintiffs shall file their answering brief in opposition to the Motion to Dismiss on or before June 4, 2026; and

7.      FINRA shall file its reply in further support of its Motion to Dismiss on or before June 18, 2026.

Dated: April 21, 2026

/s/ Randall J. Teti
Randall J. Teti (#6334)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware  19899
(302) 654-1888
rteti@ashbygeddes.com

Attorneys for Plaintiffs

/s/ Chad M. Shandler
Raymond J. DiCamillo (#3188)
Chad M. Shandler (#3796)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware  19801
(302) 651-7700
dicamillo@rlf.com
shandler@rlf.com
haynes@rlf.com

Attorneys for Defendant

IT IS SO ORDERED this 21st day of April , 2026.

_____
Colm F. Connolly, Chief Judge
United States District Court

3