## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BOUSTEAD SECURITIES, LLC,          )
SUTTER SECURITIES, INC., and       )
KEITH C. MOORE,                    )
                                   )
        Plaintiffs,         )
                                   )
    v.                        )  C.A. No. 26-360-CFC
                                   )
FINANCIAL INDUSTRY                 )
REGULATORY AUTHORITY,              )
INC.                               )
                                   )
        Defendant.          )

**STIPULATION AND [PROPOSED] ORDER EXTENDING SCHEDULE
FOR REMAINING SUBMISSIONS ON FINRA'S MOTION TO DISMISS**

WHEREAS, on April 21, 2026, the parties filed a stipulation establishing a schedule governing briefing on Defendant Financial Industry Regulatory Authority, Inc.'s ("FINRA") forthcoming motions (D.I. 19), which provided that FINRA would file its Motion to Dismiss on May 14, 2026, Plaintiffs Boustead Securities, LLC, Sutter Securities, Inc., and Keith C. Moore (collectively, "Plaintiffs") would file their answering brief in opposition to the Motion to Dismiss on or before June 4, 2026, and FINRA would file its reply brief on or before June 18, 2026;

WHEREAS, on May 14, 2026, FINRA filed a Motion to Dismiss (D.I. 28) (the "Motion to Dismiss") and supporting Opening Brief (D.I. 29);

WHEREAS, Plaintiffs have requested additional time to file their answering brief in opposition to the Motion to Dismiss;

WHEREAS, the parties have agreed, subject to the Court's approval, to extend the deadline for Plaintiffs' response to the Motion to Dismiss and to make a corresponding adjustment to the deadline for FINRA's reply in further support of the Motion to Dismiss, as set forth herein.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, as follows:

1.     The deadline for Plaintiffs to respond to the Motion to Dismiss is extended to June 11, 2026; and

2.     The deadline for FINRA's reply in further support of the Motion to Dismiss is extended to June 25, 2026.

**[Remainder of page intentionally left blank]**

2

Dated: June 3, 2026

| | |
|---|---|
| */s/ Randall J. Teti* | */s/ Christine D. Haynes* |
| Randall J. Teti (#6334) | Raymond J. DiCamillo (#3188) |
| Samuel M. Gross (#6811) | Chad M. Shandler (#3796) |
| ASHBY & GEDDES | Christine D. Haynes (#4697) |
| 500 Delaware Avenue, 8th Floor | RICHARDS, LAYTON & FINGER, P.A. |
| P.O. Box 1150 | 920 N. King Street |
| Wilmington, Delaware  19899 | Wilmington, Delaware  19801 |
| (302) 654-1888 | (302) 651-7700 |
| rteti@ashbygeddes.com | dicamillo@rlf.com |
| sgross@ashbygeddes.com | shandler@rlf.com |
| | haynes@rlf.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

IT IS SO ORDERED this __4th__ day of __June____, 2026.


/s/ Colm F. Connolly
Colm F. Connolly, Chief Judge
United States District Court

3