**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BOUSTEAD SECURITIES, LLC, | ) | |
| SUTTER SECURITIES, INC., and | ) | |
| KEITH MOORE, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 26-360-CFC |
| | ) | |
| v. | ) | |
| | ) | |
| FINANCIAL INDUSTRY | ) | |
| REGULATORY AUTHORITY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' NOTICE OF SUBSEQUENT AUTHORITY**

Pursuant to District of Delaware Local Rule 7.1.2(b), Plaintiffs Boustead Securities, LLC, Sutter Securities, Inc., and Keith Moore respectfully submit this Notice of Subsequent Authority relevant to Plaintiffs' pending Motion for Preliminary Injunction (D.I. 5) and Plaintiffs' Answering Brief in Opposition to Defendant's Motion to Dismiss (D.I. 39). The subsequent authority is a decision of the United States Supreme Court styled *Trump v. Slaughter*, 609 U.S. ___, No. 25-332 (June 29, 2026) (slip op.), decided after the close of briefing on both motions in this case. The decision is attached as <u>Exhibit A</u>.

Plaintiffs respectfully submit that *Slaughter* is relevant to Count 1 of Plaintiff's Complaint (Non-Delegation), D.I. 1, ¶¶ 62-68. *See* D.I. 6 at 9-10; D.I. 39 at 3-14; *see also Slaughter*, slip op. at 4, 25-27; *id.* at 10-15 (Gorsuch, J., concurring).

2

*Of Counsel:*

MICHAEL BEST & FREDRICH LLP

Richard F. Ensor*
650 S. Main St., Suite 500
Salt Lake City, UT 84101
(385) 695-6450
rfensor@michaelbest.com

Daniel Jozwiak*
675 15th Street, Suite 2000
Denver, CO 80202
(720) 398-0052
daniel.jozwiak@michaelbest.com

*Admitted *pro hac vice*

Dated: July 10, 2026

ASHBY & GEDDES

*/s/ Randall J. Teti*
Randall J. Teti (#6334)
Samuel M. Gross (#6811)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
rteti@ashbygeddes.com
sgross@ashbygeddes.com

*Counsel for Plaintiffs*

2