**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BOUSTEAD SECURITIES, LLC,<br>SUTTER SECURITIES, INC., AND<br>KEITH C. MOORE,<br>Plaintiffs,<br>v.<br><br>FINANCIAL INDUSTRY<br>REGULATORY AUTHORITY, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 26-0360-CFC |

**NOTICE OF SUBSEQUENT AUTHORITY**

Pursuant to District Court of Delaware Local Rule 7.1.2(c), Defendant Financial Industry Regulatory Authority, Inc. ("FINRA") respectfully submits this Notice of Subsequent Authority to bring to the Court's attention the October 13, 2026 Memorandum Opinion issued by the United States District Court for the Northern District of Illinois Eastern Division in the matter captioned *Boustead Securities, LLC v. Financial Industry Regulatory Authority, Inc.*, C.A. No. 26 C 490, which is attached hereto as Exhibit A. The attached decision is relevant to FINRA's argument that this Court lacks subject matter jurisdiction over Plaintiffs' Seventh Amendment and due process claims as set forth in FINRA's Opening Brief in Support of its Motion to Dismiss (D.I. 29 at 16-18) and its Reply Brief in Support of its Motion to Dismiss (D.I. 40 at 8-9).

Further, because the U.S. District Court for the Northern District of Illinois dismissed the Illinois complaint and terminated the civil case in that court, FINRA's Motion to Transfer Venue (D.I. 25) is now moot. Accordingly, FINRA is filing contemporaneously herewith a Notice of Withdrawal of its Motion to Transfer Venue.

/s/ *Chad M. Shandler*
Raymond J. DiCamillo (#3188)
Chad M. Shandler (#3796)
Christine Dealy Haynes (#4697)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
T: (302) 651-7700
dicamillo@rlf.com
shandler@rlf.com
haynes@rlf.com

*Attorneys for Defendant Financial Industry Regulatory Authority, Inc.*

OF COUNSEL:

Amir C. Tayrani
Alex Gesch
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
T: (202) 887-3692
atayrani@gibsondunn.com
agesch@gibsondunn.com

James R. Figliulo
Michael K. Desmond
SMITH, GAMBRELL & RUSSELL, LLP
155 N. Wacker Drive, Suite 3000
Chicago, Illinois 60606
T: (312) 360-6000
jfigliulo@sgrlaw.com
mdesmond@sgrlaw.com

Dated: October 15, 2026